B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

**IN RE:** Braxton, Earl Jr. & Braxton, Valerie A
Debtor(s)

Case No. **6:10-bk-3756-KSJ**
Chapter **7**

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** AHMSI- American Home Mortgage Servicing | **Describe Property Securing Debt:** 1119 12th St W |

Property will be *(check one)*:
[✓] Surrendered  [ ] Retained

If retaining the property, I intend to *(check at least one)*:
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain _____ *(for example, avoid lien using 11 U.S.C. § 522(f)).*

Property is *(check one)*:
[ ] Claimed as exempt  [✓] Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** Bank Of America | **Describe Property Securing Debt:** 2038/2040 Long Street |

Property will be *(check one)*:
[ ] Surrendered  [✓] Retained

If retaining the property, I intend to *(check at least one)*:
[ ] Redeem the property
[ ] Reaffirm the debt
[✓] Other. Explain **Retain and pay pursuant to contract** *(for example, avoid lien using 11 U.S.C. § 522(f)).*

Property is *(check one)*:
[ ] Claimed as exempt  [✓] Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** ERA Tom Grizzard Inc. | **Describe Leased Property:** Rental Lease | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): [ ] Yes [✓] No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): [ ] Yes [ ] No |

___**3**___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **March 11, 2010**  _____
Signature of Debtor

_____
Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:** <br> Bank Of America | **Describe Property Securing Debt:** <br> 1001 Bernice Road |

Property will be *(check one)*: <br>
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*: <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☑ Other. Explain **Retain and pay pursuant to contract** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*: <br>
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:** <br> Bruce & Mary Moncrief | **Describe Property Securing Debt:** <br> 1216 W 13th Street |

Property will be *(check one)*: <br>
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*: <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*: <br>
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:** <br> Cenlar Central Loan | **Describe Property Securing Debt:** <br> 929 Mozart Drive |

Property will be *(check one)*: <br>
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*: <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☑ Other. Explain **Retain and pay pursuant to contract** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*: <br>
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

Continuation sheet __**1**__ of ___**3**___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:** Chase Home Finance | **Describe Property Securing Debt:** 440 Cinnamon Drive |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:** Chase Home Finance | **Describe Property Securing Debt:** 2630 NE 15th Avenue |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:** Fairwinds Credit Union | **Describe Property Securing Debt:** 2008 Nissan Armada |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

Continuation sheet __**2**__ of ___**3**___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:** <br> GMAC Mortgage | **Describe Property Securing Debt:** <br> 2630 NE 15th Avenue |

Property will be *(check one)*: <br>
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*: <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*: <br>
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:** <br> H & R Block | **Describe Property Securing Debt:** <br> 1835 S Rio Grande Avenue |

Property will be *(check one)*: <br>
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*: <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*: <br>
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:** <br> Wachovia Bank, N/A | **Describe Property Securing Debt:** <br> 27535 Lois Drive |

Property will be *(check one)*: <br>
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*: <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*: <br>
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

Continuation sheet __**3**__ of __**3**__

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only