IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    CASE NO.:  6:10-bk-3756-KSJ
EARL BRAXTON, JR. and
VALERIE A. BRAXTON aka
VALERIE PERKINS-BRAXTON,
Debtor(s)

_____/

## OBJECTION TO CLAIM #3 OF CREDITOR, FEDERAL NATIONAL MORTGAGE ASSOCIATION

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Ste. 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Stephen R. Caplan, Esq., 31 N. Hyer Ave., Orlando, FL 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COME NOW Debtors, EARL BRAXTON, JR. and VALERIE A. BRAXTON, by and through the undersigned counsel, and file this Objection to claim #3 of Creditor FEDERAL NATIONAL MORTGAGE ASSOCITION and as grounds therefore would state as follows:

1. The Debtors filed a Chapter 7 bankruptcy on March 9, 2010.

2. On May 3, 2010 the Trustee filed a Notice of Recovery of Assets and the Court issued a Notice of Deadline to File Proof of Claim with a deadline of August 9, 2010.

3. Creditor, FEDERAL NATIONAL MORTGAGE ASSOCIATION., filed general unsecured claim No.3 on December 11, 2018, in the amount of $90,067.63 based on a mortgage deficiency.

4. Claim was filed years after the claims deadline, was not filed timely and therefore the Creditor should not share in any distribution from the estate.

5. The Debtors have standing to file this Objection as they stand to receive a sum of money from the estate after the Trustee pays all timely filed Claims and expense of the estate.

WHEREFORE Debtors, EARL BRAXTON, JR. and VALERIE A. BRAXTON, by and through the undersigned attorney, request an order sustaining this objection and disallowing claim #3 because it was not a timely filed claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States First Class Mail, postage pre-paid or electronic transmission to Federal National Mortgage Association, c/o Kimberly Dawson, 5600 Granite Pkwy, Plano, TX 75024; Active Data Technologies, Attn.: Bradford Geisen, CEO, 1095 Broken Sound Pkwy., Ste. 100, Boca Raton, FL 33487; and Marie E. Henkel, Trustee, 3560 S. Magnolia Ave., Orlando, FL 32806 this 17th day of December 2018.

/s/ Stephen R. Caplan, Esq._____
STEPHEN R. CAPLAN, ESQUIRE
31 N. Hyer Ave.
Orlando, FL 32801
FLB No.:  835153
Tel No: (407) 872-6249
Facsimile: (407) 425-1501
Attorney for Debtors